IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Skye A. Woods,

    Plaintiff,                                  Case No. 2:23-cv-4089
                                               Judge James L. Graham
    v.                                        Magistrate Judge Elizabeth P. Deavers

Kristine Rumer, *et al.*,

    Defendants.

Order

This matter is before the Court on the Magistrate Judge's June 30, 2025 Report and Recommendation. The Magistrate Judge recommended that Defendants' motion to dismiss the amended complaint be denied without prejudice to filing a supplemental brief. No objections have been filed to the Report and Recommendation. Defendants filed a supplemental brief in support of their original motion to dismiss on July 8, 2025.

The Court hereby adopts the Report and Recommendation (doc. 63). The Clerk of Court shall terminate the motion to dismiss (doc. 60) and shall activate the supplemental brief (doc. 64) as a pending, supplemental motion to dismiss on the Court's docket. The Court will consider all prior briefs in its resolution of Defendants' supplemental motion to dismiss.

                                                               *s/ James L. Graham*
                                                               JAMES L. GRAHAM
                                                               United States District Judge

DATE: July 31, 2025