**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Skye A. Woods,

        Plaintiff,                    Case No. 2:23-cv-4089
                                        Judge James L. Graham
    v.                          Magistrate Judge Elizabeth P. Deavers

Kristine Rumer, *et al.*,

        Defendants.

<u>Order</u>

This matter is before the Court on the Magistrate Judge's September 8, 2025 Report and Recommendation.  The Magistrate Judge recommended that: Defendants' motions to dismiss the Amended Complaint be granted as to plaintiff's federal claims, the Court decline to exercise supplemental jurisdiction over plaintiff's state law claim and dismiss that claim without prejudice, and the Amended Complaint otherwise be dismissed with prejudice.

No objections have been filed to the Report and Recommendation.  The parties were advised that the failure to object would result in waiver of the right to *de novo* review by the district judge and waiver of the right to appeal the judgment of the Court.

Upon review, the Court concurs with the recommendations of the Magistrate Judge.  Accordingly, the Court hereby adopts the Report and Recommendation (doc. 66).  Defendants' motions to dismiss (Docs. 60, 64) are granted in part.  They are granted to plaintiff's federal claims, which are dismissed with prejudice.  The Court declines to exercise supplemental jurisdiction over plaintiff's state law claim, which is dismissed without prejudice.

                         *s/ James L. Graham*
                         JAMES L. GRAHAM
                         United States District Judge

DATE: October 8, 2025